## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

GEORGE KARADSHEH,    )
    )
       Plaintiff,    )
    )
v.    )    Case No. 18-571
    )    Hon. Thomas C. Wheeler
THE UNITED STATES,    )
    )
       Defendant.    )

## STIPULATED NOTICE OF DISMISSAL OF CASE

IT IS HEREBY STIPULATED by and between the parties that, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims, this case be dismissed without prejudice.  This stipulation of dismissal does not operate as an adjudication on the merits of the plaintiff's claims.

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

  /s/ Martin F. Hockey, Jr.  
MARTIN F. HOCKEY, JR
Deputy Director

_/s/ David L. Haron_____                                      ___Steven M. Mager___
David L. Haron (P14655)                                                  STEVEN M. MAGER
Maro E. Bush (P71930)                                                    Senior Trial Counsel
Attorneys for Plaintiff                                                  Commercial Litigation Branch
30300 Northwestern Highway                                              Civil Division
Farmington Hills, MI 48334                                              Department of Justice
(248) 762-7009                                                          P.O. Box 480
                                                                        Ben Franklin Station
                                                                        Washington, DC  20044
                                                                        Tele:  (202) 616-2377
                                                                        Fax:   (202) 305-7643
                                                                        steven.mager@usdoj.gov
                                                                        Attorneys of Defendant


Date: July 19, 2018                                                     Date: July 19, 2018

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

GEORGE KARADSHEH,       )
                        )
            Plaintiff,  )
                        )
v.                      )            Case No. 18-571
                        )            Hon. Thomas C. Wheeler
THE UNITED STATES,      )
                        )
            Defendant.  )

## ORDER OF DISMISSAL

This matter having come before the court upon the stipulation of the parties, and the court being otherwise fully advised;

The Clerk is directed to dismiss Plaintiff's complaint without prejudice.  No Costs.

IT IS SO ORDERED.


_____
THOMAS C. WHEELER
Judge