# In the United States Court of Federal Claims

No. 18-571L

(Filed: July 20, 2018)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

GEORGE KARADSHEH,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>ORDER</u>

On July 19, 2018, the parties in this case filed a joint stipulation of dismissal and Plaintiff filed a motion to voluntarily dismiss this case without prejudice. For good cause shown, the motion is GRANTED. The Clerk is directed to dismiss this case without prejudice. Defendant's motion to dismiss (Dkt. No. 5) is DENIED as moot.

IT IS SO ORDERED.

<u>s/ Thomas C. Wheeler</u>
THOMAS C. WHEELER
Judge