# In the United States Court of Federal Claims

No. 18-571 L

**GEORGE KARADSHEH**

    v.                                              **JUDGMENT**

**UNITED STATES**

    Pursuant to the court's Order, filed July 20, 2018, granting plaintiff's motion to voluntarily dismiss,

    IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 41(a), that the case is dismissed without prejudice.

                                                                             Lisa L. Reyes
                                                                            Clerk of Court

**July 20, 2018**                                  By:     s/ Debra L. Samler

                                                                            Deputy Clerk